## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| NIXYDA RIVERA ROMAN | *  CASE NO: **10-08639 MCF** |
| | * |
| | *  CHAPTER: 13 |
| DEBTOR (S) | * |

*******************************************

### REPLY TO MOTION OBJECTING PLAN FILED BY BPPR

**TO THE HONORABLE COURT:**

**COMES NOW DEBTOR**, through the undersigned counsel and respectfully to the Honorable Court states and prays as follows:

1. On October 19, 2010 Banco Popular de Puerto Rico (BPPR) filed a motion objecting to the confirmation of debtor's plan alleging debtor has not provided for its unsecured claim no. 4 in the plan dated September 17, 2010. (**d. e. 9**)

2. On today's date debtor filed an amended plan dated this same date, providing for the surrender of savings to BPPR in the amount of $326.79.

3. The amended plan solves the issue raised by BPPR.

**WHEREFORE**, debtor is hereby requesting from the Honorable Court to deny BPPR's objection to the confirmation of the plan.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Verónica Durán Castillo, attorney to BPPR, PO Box 366818, San Juan, PR 00936-6818, to Alejandro Oliveras Rivera, Chapter 13 Trustee, and to all creditors as per attached mailing list.

In San Juan, Puerto Rico, this 21th day of October 2010.

/s/MADELINE SOTO PACHECO
MADELINE SOTO PACHECO, ESQ.
*Attorney for debtor(s):*
*Nixyda Rivera Román*
USDC 207910
LUBE & SOTO LAW OFFICES
1130 AVE. F. D. ROOSEVELT
SAN JUAN, PR 00920-2906
TEL.: (787) 722-0909 - FAX: (787) 977-1709
E-mail: lubeysoto@yahoo.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-2<br>Case 10-08639-MCF13<br>District of Puerto Rico<br>Ponce<br>Thu Oct 21 14:28:45 AST 2010 | BANCO POPULAR DE PR<br>VERONICA DURAN, ESQ.<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | US Bankruptcy Court District of PR<br>Southwestern Divisional Office<br>US Courthouse and Post Office Building<br>93 Atocha Street, Second Floor<br>Ponce, PR 00730-3759 |
| A.E.E.<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | AFNI, INC.<br>PO BOX 3517<br>BLOOMINGTON, IL 61702-3517 | BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | BANCO SANTANDER DE PUERTO RICO<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | BANK OF AMERICA<br>4060 OGLETOWN STANTON RD<br>NEWARK, DE 19713 |
| CAC FINANCIAL CORP<br>2601 NW EXPRESSWAY STE 1000E<br>OKLAHOMA CITY, OK 73112-7236 | CENTENNIAL<br>PO BOX 71333<br>SAN JUAN, PR 00936-8433 | CMPR, INC<br>726 EXCHANGE ST STE 700<br>BUFFALO, NY 14210-1464 |
| DEPT. DE VIVIENDA<br>AUTORIDAD PARA EL FINANCIAMIENTO<br>AVE BARBOSA 606, PISO 10<br>SAN JUAN, PR 00917-4314 | DIRECTORIA DE OBRAS PUBLICAS<br>OFICINAS REGIONALES<br>PO BOX 4294<br>SAN JUAN, PR 00958-1294 | DORAL BANK<br>BANKRUPTCY DIVISION<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 |
| FIRST BANK / CREDIT-LINE<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN P.R.00908-0146 | FIRST BANK PUERTO RICO<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | HOSPITAL DAMAS<br>2213 PONCE BY PASS<br>PONCE, PR 00717-1313 |
| ISLAND FINANCE DIV. SANTANDER FINANCIAL<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | JC PENNEY<br>PO BOX 960090<br>ORLANDO, FL 32896-0090 | MONSERRATE ROMAN BARBOSA<br>URB CROWN HILLS<br>178 CALLE ZAMBEZE<br>RIO PIEDRAS, PR 00926-6010 |
| NCO FINANCIAL SYSTEMS OF PR, INC<br>REXCO INDUSTRIAL PARK<br>300 CALLE C SUITE 200<br>GUAYNABO, PR 00968-8061 | NCO FINANCIAL SYSTEMS OF PR, INC.<br>PO BOX 192478<br>HATO REY, PR 00919-2478 | PEP BOYS<br>PO BOX 103106<br>ROSWELL, GA 30076-9106 |
| SCOTIABANK<br>PO BOX 362230<br>SAN JUAN, PR 00936-2230 | Security Credit Services, LLC<br>PO Box 1156<br>Oxford MS 38655-1156 | WALMART<br>PO BOX 530927<br>ATLANTA, GA 30353-0927 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | MADELINE SOTO PACHECO<br>LUBE & SOTO LAW OFFICES, P.S.C.<br>1130 AVE FD ROOSEVELT<br>SAN JUAN, PR 00920-2906 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

NIXYDA RIVERA ROMAN
ESTANCIAS DEL LAUREL
3926 CALLE ACEROLA
COTO LAUREL, PR 00780-2269

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30